**Form 3-1**

**UNITED STATES COURT OF INTERNATIONAL TRADE**  　　　　**FORM 3**

| | |
|---|---|
| **EVRAZ INC. NA and EVRAZ INC. NA CANADA**<br><br>　　　　　　　　　**Plaintiffs**,<br><br>　　**v.**<br><br>**UNITED STATES,**<br>　　　　　　　　　**Defendant.** | Court. No. 23-00012<br><br>**S U M M O N S** |

**TO:**　The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C § 158(c) to contest the determination described below.



　　　　　　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

---

1. The Plaintiffs in this action are Evraz Inc. NA and Evraz Inc. NA Canada (collectively, "Evraz"). As a Canadian producer and exporter of Large Diameter Welded Pipe, Evraz is an interested party within the meaning of 19 U.S.C. § 1677(9)(A), and was a party to the proceeding that led to the determination being challenged. Evraz participated in the proceeding through the submission of factual submissions and written arguments. As such, Evraz has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

   (Name and standing of plaintiffs)

2. The contested determination is the U.S. Department of Commerce's final results in the administrative review of the antidumping duty order on Large Diameter Welded Pipe from Canada. *See Large Diameter Welded Pipe from Canada*, 87 Fed. Reg. 71,580 (Dep't Commerce Nov. 23, 2022)(final results of antidumping duty admin. rev. 2020-2021). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). This Summons is timely filed pursuant to 19 U.S.C. § 1516a(a)(5)(A).

   (Brief description of contested determination)

3. November 23, 2022.
   (Date of determination)

**Form 3-1**

4.  <u>November 23, 2022.</u>
    (If applicable, date of publication in Federal Register of notice of contested determination)

                          Respectfully submitted,

                          <u>/s/ Craig A. Lewis</u>
                          Craig A. Lewis
                          Nicholas W. Laneville

                          HOGAN LOVELLS US LLP
                          Columbia Square
                          555 Thirteenth Street, N.W. Washington, DC 20004-1109
                          (202) 637-5600
                          craig.lewis@hoganlovells.com

                          *Counsel to Evraz Inc. NA and Evraz Inc. NA Canada.*

Date: January 23, 2023