UNITED STATES COURT OF INTERNATIONAL TRADE FORM 7A

```
┌─────────────────────────────────────────┐
│ EVRAZ INC. NA and EVRAZ INC. NA CANADA  │
│                                         │
│                           Plaintiff,    │
│                                         │
│       v.                                │
│                                         │
│ UNITED STATES                           │
│                                         │
│                           Defendant.    │
└─────────────────────────────────────────┘
```

 23-00012
 Court No.

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 02/22/2023 _____

 Craig A. Lewis
 _____
 Attorney for Plaintiff
 Hogan Lovells US LLP, 555 Thirteenth Street, N.W.
 _____
 Street Address
 Washington, D.C., 20004-1109
 _____
 City, State and Zip Code
 +1 (202) 637 5600
 _____
 Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____ Clerk, U. S. Court of International Trade

 By: _____
 Deputy Clerk